UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHERLI T. BASS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:14 C 01422 |
| | ) | Hon. Marvin E. Aspen |
| HOSPITAL AUTHORITY OF THE | ) | |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON | ) | |
| COUNTY, d/b/a KNOWLES ASSISTED | ) | |
| LIVING & ADULT DAY SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

MARVIN E. ASPEN, District Judge:

We have received the parties' joint stipulation of dismissal. (Dkt. No. 117.) The case is hereby dismissed with prejudice. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: October 10, 2017
       Nashville, Tennessee